325 So.2d 519

**In re Evelyn WOODS**

v.

**STATE.**

**Ex parte Evelyn Woods.**

**SC 1630.**

Supreme Court of Alabama.

Jan. 29, 1976.

Bryce U. Graham, Tuscumbia, for petitioner.

None for the State.

SHORES, Justice.

Petition of Evelyn Woods for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Woods v. State*, 57 Ala.App. 1, 325 So.2d 517.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.

324 So.2d 296

**In re Paul D. YANCEY**

v.

**STATE.**

**Ex parte Paul D. Yancey.**

**SC 1551.**

Supreme Court of Alabama.

Dec. 18, 1975.

John R. Phillips, Anniston, for petitioner.

None for the State.

FAULKNER, Justice.

Petition of Paul D. Yancey for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Yancey v. State*, 56 Ala. App. 577, 324 So.2d 292.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.

325 So.2d 539

**In re Richard Darnell ZUCK**

v.

**STATE of Alabama.**

**Ex parte Richard Darnell Zuck.**

**SC 1536.**

Supreme Court of Alabama.

Jan. 22, 1976.

Robert R. Bryan, Birmingham, for petitioner.

HEFLIN, Chief Justice.

Petition of Richard Darnell Zuck for Writ of Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that court in *Zuck v. State*, 57 Ala.App. 15, 325 So.2d 531, is denied. In denying this writ this court does not wish to be understood as approving or disapproving all that was said in the opinion by the Court of Criminal Appeals.

Writ denied.

MERRILL, MADDOX, JONES and SHORES, JJ., concur.